# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00294-CV

### William W. Wade II, Appellant

### v.

### Ohio Casualty Insurance Company, Appellee

## FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-06-002440, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant William W. Wade II has filed notice that he and appellee Ohio Casualty Insurance Company have settled their differences. He requests that this appeal be dismissed. The certificate of conference indicates that appellee supports the motion. We grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed: February 26, 2008